UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sharee S. Zand,

    Plaintiff,

v.                                             Civil Action 2:14-cv-605

Commissioner of Social Security,         Judge Michael H. Watson

    Defendant.

## ORDER

On February 7, 2016, Plaintiff moved for an award of attorney fees in the above-captioned social security case under 42 U.S.C. § 405(g). Mot., ECF No. 29. The motion remains unopposed. Upon referral pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order No. 14-01, Magistrate Judge King recommended the Court grant Plaintiff's motion. Report and Recommendation ("R&R") 3–4, ECF No. 30.

Magistrate Judge King notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 4. Magistrate Judge King specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Court **ADOPTS** the R&R, ECF No. 30, **GRANTS** Plaintiff's motion for an award of attorney fees, ECF No. 29, and **AWARDS** Plaintiff attorney fees in the amount of $7,000.00, or twenty-five percent of the past due benefits, whichever is less, to be offset by a refund of the prior award granted in this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**